DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PUBLIX SUPER MARKETS, INC.,**
Appellant,

v.

**LUCAS BANCROFT** and **ELAINE SIMON,** as Parents and Natural
Guardians of **DANE BANCROFT**, then a minor child, but now an adult,
Appellees.

No. 4D2023-2819

[March 28, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 2020-CA-002930-XXXX-MB.

Samantha C. Duke and Daniel J. Gerber of Rumberger, Kirk & Caldwell, P.A., Orlando, for appellant.

Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Richard D. Schuler of Schuler, Weisser, Zoeller, Overbeck & Baxter, P.A., West Palm Beach, for appellee Dane Bancroft.

No appearance for appellees Lucas Bancroft and Elaine Simon.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***